UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
SARAH MORICI-GOLDSTEIN,

                Plaintiff,          **ORDER**

  -against-                        14-CV-3095 (SIL)

J.S. MCHUGH, INC. and
JEFFREY B. MULHALL

                Defendants.
------------------------------------------------------------------X

**LOCKE, Magistrate Judge:**

On January 15, 2016, the parties submitted a joint motion for settlement approval in this Fair Labor Standards Act ("FLSA") action. *See* Docket Entry ("DE") [24]. A hearing was held on the motion on March 17, 2016, where the Court denied the motion for settlement approval without prejudice. DE [25]. On May 16, 2016, Plaintiff submitted an attached revised Settlement Agreement. DE [28]. Having reviewed the revised Settlement Agreement, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Therefore, the Settlement Agreement is approved and this case is hereby closed.

Dated:    Central Islip, New York    **SO ORDERED.**
           May 24, 2016

                                            <u>s/ Steven I. Locke</u>
                                            STEVEN I. LOCKE
                                            United States Magistrate Judge